FLAROLD CORPORATION, Respondent, *v.* THE UNITED ELECTRIC LIGHT AND POWER COMPANY, Appellant.

Supreme Court, Appellate Term, First Department, July 18, 1932.

*Beardsley & Taylor,* for the appellant.

*Harold Flatto,* for the respondent.

PER CURIAM. The contract between these parties forecloses the plaintiff from any claim whatever for rent or use and occupation.

Judgment reversed, with thirty dollars costs, and complaint dismissed on the merits, with costs.

All concur; present, LEVY, CALLAHAN and UNTERMYER, JJ.